1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  WEI WANG,

9                              Petitioner,

10          v.

11  DONALD HOLBROOK,

12                              Respondent.

13

Case No. C21-1353-JHC-SKV

ORDER DENYING PETITIONER'S
MOTIONS FOR APPOINTMENT OF
COUNSEL

14          This is a habeas corpus action filed pursuant to 28 U.S.C. § 2254.  This matter comes

15  before the Court on Petitioner's Motions for Appointment of Counsel.  Dkts. 20 & 21.  The

16  Court, having reviewed Petitioner's motions, and the balance of the record, hereby finds and

17  ORDERS as follows:

18          (1)     Petitioner's Motions for Appointment of Counsel, Dkts. 20 & 21, are DENIED.

19  There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an

20  evidentiary hearing is required.  *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988);

21  *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); Rule 8(c) of the Rules Governing

22  Section 2254 Cases in the United States District Courts.  The Court may, however, exercise its

23

ORDER DENYING PETITIONER'S MOTIONS
FOR APPOINTMENT OF COUNSEL - 1

discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A.

At this juncture, the record is not sufficiently developed for the Court to determine whether an evidentiary hearing will be required, and Petitioner has not demonstrated that the interests of justice are best served by appointment of counsel. Counsel will be appointed, as required, should the Court later determine that an evidentiary hearing is necessary.

(2)     The Clerk is directed to send copies of this Order to the parties and to the Honorable John H. Chun.

Dated this 6th day of April, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTIONS
FOR APPOINTMENT OF COUNSEL - 2