UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEI WANG,

          Petitioner,

    v.

DONALD HOLBROOK,

          Respondent.

Case No. C21-1353-JHC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Petitioner filed a Motion to Amend his habeas corpus petition. Dkt. 25. Because less than twenty-one days have passed since the petition was served on Respondent, Petitioner may amend the petition as a matter of course. Fed. R. Civ. P. 15(a)(1)(A). Further, Respondent does not object to amendment. Dkt. 26. Petitioner's Motion, Dkt. 25, is GRANTED. The Clerk is directed to file the amended petition with the Court.

Dated this 11th day of April, 2023.

                                      Ravi Subramanian
                                      Clerk of Court

                                   By: s/ Stefanie Prather
                                       Deputy Clerk

MINUTE ORDER - 1