UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEI WANG,

          Petitioner,

   v.

DONALD HOLBROOK,

          Respondent.

Case No. C21-1353-JHC-SKV

ORDER OF DISMISSAL

       Having reviewed the Report and Recommendation (R&R) of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. # 32), Plaintiff's objections (Dkt. # 33), the remaining record, and the applicable law, the Court ORDERS:

       (1)    The Court has reviewed this matter de novo and agrees with the conclusions in the R&R. The objections clearly lack merit. For instance, the R&R explains that the doctrine of exhaustion bars Petitioner's first and fourth claims. The objections do not address this procedural bar. They instead appear to address the merits of the claims. *See*, *e.g.*, Dkt. # 32 at 1 ("The lies still be used and believed in R&R to crease opposite family background of my case."). Nor do the objections confront the R&R's legal analysis as to Plaintiff's second and third claims. For example, the R&R says that Petitioner provided no argument or authority to support the

position that "evidence of immigration status was 'highly relevant' because it helped paint the 'whole big picture' about his case to the jury, and that excluding 'absolutely' violated his right to present a defense." Dkt. # 32 at 19.  And likewise, the objections do not provide any legal authority to support this argument.  Nor do they address the R&R's analysis of his claim that the State failed to prove the absence of self-defense.  Accordingly, the Court ADOPTS the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED with prejudice.

(3) A certificate of appealability is DENIED.  *See* 28 U.S.C. § 2253(c).

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 15th day of September, 2023.

John H. Chun
JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 2